United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MARCUS D. WASHINGTON,                    No. C 10-05532 SBA (PR)
12                 Petitioner,                **ORDER TO SHOW CAUSE**
13        v.
14   RICK HILL, Warden,
15                 Respondent.
                                                        /
16
17         Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28
18   U.S.C. § 2254.  He has paid the $5.00 filing fee.  It does not appear from the face of the petition that
19   it is without merit.  Good cause appearing, the Court hereby issues the following orders:
20         1.     The Clerk of the Court shall serve a copy of this Order and the petition and all
21   attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State
22   of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.
23         2.     Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**
24   **and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5
25   of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not
26   be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records
27   that have been transcribed previously and that are relevant to a determination of the issues presented
28   by the petition.

**United States District Court**
For the Northern District of California

3.      If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

4.      Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

5.      It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

6.      Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

IT IS SO ORDERED.

DATED: 1/14/11

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

2

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  MARCUS D WASHINGTON,
                                              Case Number: CV10-05532 SBA
5           Plaintiff,
                                              **CERTIFICATE OF SERVICE**
6      v.

7  RICK HILL et al,

8           Defendant.
   _____/
9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
11
   That on January 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
12 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13 located in the Clerk's office.

14

15 Marcus D. Washington G-00436
16 Folsom State Prison
   P.O. Box 950
17 Folsom, CA 95763

18 Dated: January 18, 2011
                                              Richard W. Wieking, Clerk
19                                            By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*