IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS WASHINGTON,** | Case No. C 10-05532 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **RICK HILL, WARDEN,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 14, 2011, to file its response to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

IT IS SO ORDERED.

Dated: _9/19/11                                   _____
                                                  Hon. Saundra Brown Armstrong, Judge
                                                  United States District Court

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARCUS D WASHINGTON,

    Plaintiff,

 v.

RICK HILL et al,

    Defendant.
_____/

Case Number: CV10-05532 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus D. Washington G-00436
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: September 21, 2011

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk