1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS WASHINGTON,** | Case No. C 10-05532 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **RICK HILL, WARDEN,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 14, 2011, to file its response to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

IT IS SO ORDERED.

Dated: _9/19/11                              _____
                                              Hon. Saundra Brown Armstrong, Judge
                                              United States District Court

1

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4

5  MARCUS D WASHINGTON,

            Plaintiff,
6
     v.
7
   RICK HILL et al,
8
            Defendant.
9  _____/

10
                                    Case Number: CV10-05532 SBA
11
                                    **CERTIFICATE OF SERVICE**
12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14
    That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing
15  said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
    depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
16  delivery receptacle located in the Clerk's office.

17

18
    Marcus D. Washington G-00436
19  Folsom State Prison
    P.O. Box 950
20  Folsom, CA 95763

21
    Dated: September 21, 2011
22                                       Richard W. Wieking, Clerk
                                         By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28
                                    2