1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
        MARCUS WASHINGTON,                    Case No. C 10-05532 SBA (PR)
12
                                Petitioner,   **ORDER**
13
                     **v.**
14
15      **RICK HILL, WARDEN,**
16                              Respondent.
17

18         GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until January

19  13, 2012, in which to file an answer or other response to the petition for writ of habeas corpus.

20  Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

21         IT IS SO ORDERED.

22

23
    Dated:  11/15/11
24                                            _____
                                              Hon. Saundra B. Armstrong, Judge
25                                            United States District Court
26

27

28
                                              1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARCUS D WASHINGTON,

        Plaintiff,

  v.

RICK HILL et al,

        Defendant.

_____/

Case Number: CV10-05532 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus D. Washington G-00436
Folsom State Prison
P.O. Box 950
Folsom,  CA 95763

Dated: November 18, 2011

                  Richard W. Wieking, Clerk
                  By: LISA R CLARK, Deputy Clerk