1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MARCUS WASHINGTON, | Case No: C 10-5532 SBA (pr) |
|---|---|
| Petitioner, | **JUDGMENT** |
| vs. | |
| RICK HILL, Warden, | |
| Respondent. | |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: July 26, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARCUS D WASHINGTON,

       Plaintiff,

  v.

RICK HILL et al,

       Defendant.
                                          /

Case Number: CV10-05532 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus D. Washington G-00436
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: July 29, 2013
                                        Richard W. Wieking, Clerk
                                        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Washington 10-5532 judgment.doc